ANN B. NEWBURGER, Appellant, v. ANDREW M. NEWBURGER, Respondent.— Motion for leave to appeal to the Court of Appeals from an order of

this court entered November 6, 1958, and to extend time to serve a reply. Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Official Referee properly made? Motion to extend time to reply granted and time extended until 10 days after the determination of the appeal by the Court of Appeals. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.